# Exhibit A
# to Complaint

# SaveAround Merchant Agreement

**Date:** 01/27/17
**No Cost**
**Merchant #:** 18453 (For Office Use Only)

## Physical Address
- **Merchant Name (Doing Business As):** CARRABBA'S
- **Phone:** 954 345 4600
- **Fax:**
- **Merchant Address:** 2501 N UNIVERSITY DR
- **City:** CORAL SPRINGS
- **State:** FL
- **ZIP:** 33065

## Corporate Address ☐ Check if same as above
- **Merchant Corporate Name:**
- **Primary Phone:**
- **Secondary Phone:**
- **Merchant Address:**
- **City:**
- **State:**
- **ZIP:**

**Primary Email Address (Required for proof):** AROCHE@CARRABBAS.COM

☐ Re-sign ☐ Proof Requested (Email required) ☐ Email Logo/Photo (Email must be received within 7 days of date on contract) ☐ Logo/Photo Attached ☐ SA Designs Logo ☐ Schedule 'A' Attached

## Discount Details & Internet and Wireless Program

| Indicate: FD/CD/FF/Rec/Ent/Ret/Svc | # | FINE DINING, CASUAL DINING, FAST FOOD, RECREATION, ENTERTAINMENT, RETAIL & SERVICES SECTION | Maximum Up To Value | No. Of Coupons |
|---|---|---|---|---|
| | 1 | You and your guest are cordially invited to enjoy One Complimentary Lunch or Dinner Entree of your choice with the purchase of a Lunch or Dinner Entree of equal or greater value. | $ | |
| | 2 | Enjoy a FREE Menu Item of your choice with the purchase of a Menu Item of equal or greater value. | $ | |
| | 3 | Enjoy 50% OFF a/an ( _____ ) of your choice. | $ | |
| | 4 | Enjoy a FREE ( _____ ) of your choice with the purchase of a ( _____ ) of equal or greater value. | $ | |

| | # | | Maximum Up To Value | No. Of Coupons | Indicate | # | | Maximum Up To Value | No. Of Coupons |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | Admission: Enjoy One FREE Admission with the purchase of an Admission of equal or greater value. | $ | | REC | 7 | Bowling: Enjoy Three FREE Games for the Second Person when the First Person pays for Three Games. | $ | |
| REC | 6 | Golf: Enjoy a Free Greens Fee with the purchase of a Greens Fee of equal or greater value. | $ | | SVC | 8 | Dry Cleaning: Enjoy 25% OFF the regular price of Any Dry Cleaning Order. | $ | |
| FD | 9 | Other: enjoy $15 off your second dinner entree | $ — | 02 | | | | | |
| FD | 10 | Other: enjoy a free lunch of your choice with the purchase of a lunch of equal or greater value | $ — | 02 | | | | | |
| FD | 11 | Other: enjoy a free appetizer of your choice | $ 11 50 | 02 | | | | | |
| | 12 | Other: | $ | | | | | | |

**More Internet & Wireless Program Offers:** ☐ 15% OFF Total Purchase ☐ 20% OFF Total Purchase ☐ 25% OFF Total Purchase ☐ ___% OFF Total Purchase

| | 13 | Other: | $ | |

**Additional Information and Special Instructions (hours valid, disclaimers, etc.).**
Note which offer(s) this information and/or instruction(s) apply to:

This offer is NOT valid with any other discounts, coupons, specials or on holidays. One coupon per person, per visit. SaveAround® coupons are not transferable.

The undersigned has reviewed the above offer(s), and does hereby agree to allow SA to include the above offer(s) in its Discount Program, and also understands and agrees to the terms and conditions of this Merchant Agreement set forth on the reverse side hereof. The undersigned represents that he/she has the authority to execute this Merchant Agreement on behalf of the Merchant named above.

**Authorized Signature:** [signature]
**Print Name:** ALICA ROCHE
**Position:** Managing Partner

**SaveAround Signature:** [signature]
**Print Name:** DOUG WRIGHT
**Phone:** 315-748-0181 Ext.

v.2016-A

# SaveAround — Merchant Agreement


Merchant #   For Office Use Only

THIS MERCHANT AGREEMENT ("Agreement") is entered into on the date set forth on the front of this Agreement (the "Effective Date") by and between Enjoy The City North, Inc. DBA SaveAround (SA), a New York corporation with offices at 31 Front Street, Binghamton, New York 13905 and the Merchant named on the front of this Agreement ("Merchant") with its corporate office at the address indicated on the front of this Agreement. In consideration of the terms and conditions and mutual promises contained herein, the parties agree as follows:

## RECITALS

A. SA is in the business of producing discount coupons and related documentation which provide for discounts on food, beverage(s), retail sales, recreation, services, and entertainment ("Discount Details"). SA also promotes its Discount Details by use of and through internet worldwide web sites and wireless transmissions ("Internet and Wireless Program").

B. Merchant desires to advertise its goods or services by including the discount offer(s) set forth on page one of this Agreement ("Merchant's Discount Offer(s)") in the above programs. The term "Discount Program" is used hereinafter to refer to the program identified on page one of this Agreement.

C. SA will advertise the Merchant's goods or services by placing Merchant's Discount Offer(s) in the Discount Program identified on page one of this Agreement, on the following terms:

1. **Authority.** Merchant represents and warrants that it is authorized and entitled to advertise Merchant's Discount Offer(s) in the Discount Program. Merchant represents and warrants that it has the right to license its name, logo, service mark, trademark, menu, photo, and any other proprietary information, and hereby licenses the same to SA and authorizes SA to use the same for the purpose of advertising Merchant's Discount Offer(s) in the Discount Program.

2. **Redemption of Discount Offers.** Merchant hereby agrees that upon tender of a coupon or any related documentation in accordance with the terms of Merchant's Discount Offer(s) ("Coupon"), Merchant shall provide the discount offer(s) set forth on page one of this Agreement to the person presenting the Coupon. Merchant shall redeem all Coupons in accordance with this Agreement and any policies and rules communicated to Merchant by SA with respect to the Discount Program, which policies or rules may be amended from time to time by SA. Merchant hereby agrees to maintain detailed and accurate records of all Coupons presented to it by any person for a minimum period of twenty four (24) months.

3. **Term of Agreement.** Merchant shall honor all Coupons properly tendered during regular business hours from the date of this Agreement until December 31, 2019. Thereafter, this Agreement shall be continually extended on an annual basis until the Merchant or SA notices the other party by certified mail on or before the 1st day of February of any year of its intention to terminate this Agreement. If such notice is provided, this Agreement shall terminate on December Thirty-First of the year in which the notice is given.

4. **Advertising.** SA will bear all expenses in the promotion, sale and distribution of its respective discount programs. SA shall have the right to include Merchant's Discount Offer(s) in such cards, books, mailers or other publications; internet web sites; wireless transmissions; electronic media or other media, in such areas, through such means and in such quantities as SA in its sole discretion deems appropriate. Merchant shall have no recourse against SA by reason of incorrectly printed discount offer(s) or any inability of an internet website or other electronic media to appropriately function for any reason. SA may reject the form and/or content of any discount offer(s) proposed by the Merchant. SA may adjust the validity dates of Merchant's Discount Offer(s), however, SA shall not alter any beginning, ending or exclusion dates proposed by Merchant.

5A. **Liquidated Damages.** If the Merchant breaches the terms of this Agreement by refusing to honor a properly tendered Coupon or by imposing restrictions on the validity of Merchant's Discount Offer(s) that are not set forth in the Discount Program on page one of this Agreement, Merchant agrees to pay liquidated damages to SA for each such breach of this Agreement in the amount of One Thousand Dollars ($1,000.00).

5B. **Indemnification.** Merchant agrees to indemnify SA against any and all claims and expenses, including attorneys fees and disbursements: (a) arising out of or in any way caused by the printing or publication of Merchant's Discount Offer(s), regardless of whether such printing or publication is by print, wireless transmissions, electronic media, or any other form; (b) arising out of or in any way caused by a breach of the representations, warranties and obligations set forth in this Agreement; or (c) arising out of any suit, arbitration or other proceeding of any nature brought to determine, declare, interpret or enforce either the terms of this Agreement or any of the parties' rights or obligations hereunder.

6. **Sale of Business.** If during the term of this Agreement or any extension thereof, Merchant shall sell its business, or substantially all of the assets of its business or shares of stock of its business then Merchant shall, as a condition of such sale, notify the purchaser of the contents of this Agreement and require the purchaser to assume Merchant's obligations under and pursuant to this Agreement.

7. **Binding Agreement.** This Agreement is binding on and enforceable by the parties, their successors, legal representatives, and assigns.

8. **Governing Law.** This Agreement shall be governed by the laws of the State of New York.

9. **Severability.** No part of this Agreement will be affected if any other part of it is held unenforceable or invalid.

10. **Headings.** The headings of this Agreement are inserted for convenience only and are not a part of this Agreement.

11. **Entire Agreement.** This Agreement, consisting of one page front and back and any signed schedules or mutually agreed upon digital schedules, sets forth all the representations, promises, agreements or understandings, oral or written, between the parties and there are no binding agreements other than as set forth, referred to or incorporated herein.

12. **Legal Proceedings.** The venue of any legal proceedings brought under this Agreement shall be exclusively in Broome County, New York. Merchant hereby submits to the jurisdiction of the Courts in the County of Broome, in the State of New York and waives any objections it may have to such jurisdiction.

13. **Modifications.** This Agreement may not be changed or modified except in writing signed by both of the parties.

14. **Construction.** The parties acknowledge and agree that they have read, understood and have actively negotiated the terms of this Agreement. Therefore, this Agreement shall not be deemed to be the product of either party, and shall not be enforced or interpreted any more stringently or strictly against either party.

15. **Notices.** Any Cancellation Notice required to SA herein shall be sent certified mail to:

SaveAround   Merchant Relations
PO Box 2399
Binghamton, NY 13902

Any notice to Merchant will be sent to the email, physical, or corporate address listed on the front of the Agreement until written notice of any address change is received by SA. SA reserves the right to submit notices to any relevant location in connection with this agreement if notices sent to email, physical, or corporate addresses are returned or rejected.

18-45253



**Ali Roche**
Proprietor

2501 North University Drive Coral Springs FL 33065
Phone 954-345-4600 | Fax 866-544-9855
ARoche@carrabbas.com





