# Exhibit B
# to Complaint



**BLOOMIN' BRANDS**
**CONTRACT POLICY**

## 1.0  PURPOSE

This **Contract Policy** ("Policy") defines, in conjunction with the **Delegation of Authority/Authority and Approval Policy** ("DOA") (*Policy #AC01*), the approval, communication and reporting process requirements for written agreements ("Contracts"). The Policy also requires (for Securities and Exchange Commission and Sarbanes-Oxley reporting purposes) quarterly certification by identified personnel of new or modified Contracts, or non-ordinary course of business Contract payments/penalties.

## 2.0  POLICY

This Policy is applicable to Bloomin' Brands, Inc., its subsidiaries, and affiliates (collectively "BBI" or the "Company"). Compliance with this Policy by each BBI restaurant concept ("Concept"), Company controlled entity and each Company corporate department is the responsibility of the senior executive in each group (e.g., Company Concept President, Company controlled entity senior officer; or Company department head). Company employees who have direct reports ("People Managers") shall take the necessary steps to ensure that their direct reports know and follow this Policy. All People Managers shall periodically consult with their direct reports to determine that appropriate procedures to adhere to this Policy have been developed and are followed.

Violating this Policy could significantly damage the Company and expose it to liability. Company employees who violate this Policy are subject to appropriate disciplinary action by the Company, including possible termination of employment.

## 3.0  POLICY PROCEDURES

### 3.1  <u>Review and Approval Requirements and Procedure</u>

### 3.1.1  Legal Review and Approval

<u>Unless exempt under §3.3</u>, all Contracts, Contract amendments and all Contract renewals (evidenced by a new contract document) that meet one or more of the following criteria must be submitted to the Company's Legal Department for review and approval **<u>prior to signing</u>**:

    i.   Contracts that contain a commitment for purchases of goods and/or services of $250,000 or more, individually or in the aggregate; or

    ii.   Contracts that involve a term of more than one (1) year or contain an automatic renewal clause in excess of month-to-month; or

    iii.   Contracts that involve one or more of the following subjects:



**BLOOMIN' BRANDS**
**CONTRACT POLICY**

a. "Take or pay" Contracts, in which the Company is required to take any product offered to it (not subject to satisfactory quality and/or required specifications) and/or pay a specified price even if the Company refuses the product;

b. "Fixed price" or "fixed volume" Contracts which require the Company to pay a set price regardless of changes in the market price of the item/service purchased or which guarantee a specific purchase quantity;

c. Contracts denominated in a currency other than the local currency of the purchasing entity (e.g., for domestic U.S. purchases any Contracts denominated in a currency other than U.S. dollars);

d. The creation or dissolution of a legal entity;

e. The acquisition, divestiture, or formation of any business, joint venture, partnership, equity or debt investment, or strategic alliance, or any transaction that is in substance an acquisition, divestiture, or formation of any business, joint venture, partnership, equity or debt investment, or strategic alliance;

f. Letters of intent, letters of interest or memoranda of understanding relating to an acquisition, divestiture, or formation of any business, joint venture, partnership, equity or debt investment, or strategic alliance;

g. Contracts involving the creation, use or disclosure of trade secrets or confidential information (note, non-modified current versions of BBI standard form non-disclosure agreements don't require prior approval);

h. The purchase, sale, or licensing of trademarks, patents, or other intellectual property;

i. Product development Contracts;

j. Any Contract with a Federal, state or local government entity, including, but not limited to, economic incentive agreements;

k. Contracts involving Company stock;

l. Contracts containing embedded derivatives or the purchase of financial or commodity hedge instruments or other derivative instruments;

m. Employment agreements, other than standard (i.e., previously approved by BBI Legal) officer, Managing Partner, Chef Partner and Joint Venture Partner contracts;

n. Debt agreements, credit agreements, guaranties or other agreements related to borrowing;

o. Litigation settlements and releases;

p. Loans or advances to any employee;

q. Severance agreements with any employee;

r. Franchise or development agreements;

s. Professional service or retainer agreements with outside legal counsel; and

t. Contracts that meet one or more of the criteria in Section 3.1.3.



**BLOOMIN' BRANDS**
**CONTRACT POLICY**

### 3.1.2  Information Technology Related Contracts

All Contracts, Contract amendments and all Contract renewals (evidenced by a new contract document) involving information technology ("IT") related products and/or services, or which will require the involvement of Company IT resources, must be approved by an officer in the Company's IT Department (i.e. Vice President or higher) ("IT-VP") in addition to any other review and approval requirements under this Policy.

### 3.1.3  Global Information Security Contracts

In addition to Legal approval, all Contracts, Contract amendments and all Contract renewals (evidenced by a new contract document), which meet one or more of the following criteria, requires the approval of the BBI Global Chief Information Security Officer ("CISO"), after satisfactory completion of an IT security risk assessment of the vendor:

1. Any Contract pursuant to which a vendor will store, process or transmit Personally Identifiable Information, as defined in the **Data Security Classification Policy** *(#IT04)*;
2. Any Contract pursuant to which Payment Card Information, as defined in the **Data Security Classification Policy** *(#IT04)*, will be stored, processed or transmitted;
3. Any Contract requiring a direct or indirect connection to the BBI network or computing environment;
4. Any Contract involving IT services outside of the BBI IT environment (e.g. hosting, storage, etc.);
5. Any Contract pursuant to which a vendor's resources will require access to the BBI IT environment.

This approval is in addition to any other review and approval requirements under this Policy. For clarity, approval of the IT-VP per Section 3.1.2 above does not negate the need for CISO approval, should a Contract meet one of the above five criteria.

### 3.1.4  Approval Required Prior to Signature

A Contract may not be signed until the proper approvals have been obtained.  If in doubt, send the Contract to Legal at the applicable email address in §3.1.4 (ii) below for determination of whether Legal, IT-VP or Global Chief Information Security Officer pre-approval is required. Approval of local legal counsel is **<u>not</u>** an acceptable substitute for BBI Legal Department approval.  The need to maintain confidentiality is not a valid excuse for delay in submitting a Contract for approval.



**BLOOMIN' BRANDS**
**CONTRACT POLICY**

### 3.1.5  Procedure for Submittal of Contracts for Review and Approval

If you have a Contract requiring the review and approval of the Legal Department:

    i.  Complete the appropriate Contract Summary Form ("Summary").  A current copy of both the domestic and international Summary forms is available on the Company intranet. Obtain all signatures/approvals required on the applicable Summary.  See §3.2 for more information on an individual's authority to approve a Contract.

    ii.  Send the completed and signed Summary and a copy of the Contract (in editable format, if available, and translated into English and U.S. Dollars at applicable exchange rate (see §3.9 below), if applicable) to the applicable email address below:

    **USA domestic**: *contractsdomestic@bloominbrands.com*
    **International (non-USA)**: *contractsinternational@bloominbrands.com*

Allow ten (10) business days from receipt for Legal to review the submission and notify the submitter of any proposed modifications to the Contract or if the Contract has been approved.

### 3.2  Authority to Approve Contracts

Refer to the DOA (*Policy #AC01*), available on the Company intranet, for guidance as to which Company individuals are required to approve a Contract. The DOA defines the levels of authority within the Company that are required for approval of a Contract on Company's behalf.

### 3.3  Contracts Exempt From Approval Process

The following types of Contracts do **NOT** require the approval of the Legal Department or the IT-VP:

    i.    U.S. real estate leases and real estate purchase agreements for restaurant locations which have been approved by the Brand President, CDO, CFO, CEO/COO and VP of Real Estate and Development for domestic contracts as part of the existing real estate development and construction deal approval process. (See §3.6 below for real estate lease requirements);

    ii.    Construction contracts that are standard American Institute of Architects (AIA) form for domestic construction contracts or applicable legal form for International, which have been approved by any one of the CDO,  VP of Construction, Sr. Director of Construction, Design & Site Development or VP of Renovation & Facilities for domestic agreements and both the Sr. Director of Construction and the Director of Real Estate for International, as part of the existing real estate development and construction deal approval process;



**BLOOMIN' BRANDS
CONTRACT POLICY**

iii.    Contracts for the purchase of television or radio air time if the commitment can be cancelled without penalty or cost on not more than thirty (30) days' notice, provided that the expense is incorporated into the approved marketing budget for that fiscal year. Commitments beyond the current fiscal year are not exempt from the approval requirements of §3.0;

iv.    Contract renewals of not more than one-year of pre-existing relationships that Legal, the IT-VP and CISO, as applicable, have previously approved and which remain unchanged; and

v.    Current versions of Standard Contracts or Addenda, as are posted to the Company intranet under the Legal site, as long as there are no modifications to the pre-approved contract terms and conditions.

**3.4  Transmittal of Signed Contracts to Database**

A signed copy of **all** Contracts (including subsequent and related amendments, addenda, renewals, notification of cancellation, etc., but excluding single store level contracts), whether or not exempt from the approval requirements of this Policy, must be sent along with a Summary to the applicable email address in §3.1.4 (ii) above within five (5) business days of signing. [Exception: A Summary is not required for Nondisclosure Agreements submitted for filing.] Legal will maintain a database of all submitted Contracts. Single store level Contracts are to be maintained by each store and copies are to be provided to the respective JVP.

**3.5  Centralized Purchasing**

Only the Company Supply Chain Department is authorized to negotiate Contracts for goods and services approved for centralized purchasing. The list of goods and services to be purchased only by Supply Chain is attached to the **Global Supply Chain Policy** *(Policy #SC01)*, available on the Company intranet.

**3.6  Real Estate Lease Requirements**

All leases in which a Company entity is named as the lessee are required to adhere to the following criteria:

i.    The lease should be in the name of the relevant legal entity and any financial statements provided to the lessor should be based on the published Bloomin' Brands, Inc. annual report; and

ii.    No financials may be disclosed that contain material non-public information without Legal Department approval.



**BLOOMIN' BRANDS
CONTRACT POLICY**

## 3.7  Store Level Contract Requirements

All single store-level Contracts must be approved by the JVP responsible for overseeing such store(s).  In addition to JVP approval, all local marketing Contracts must be approved by the local marketing manager responsible for the geographical area being targeted.  All Contracts signed by store management (RVP, JVP, or MP), and which are otherwise exempt from Legal and IT-VP approval as described herein, **must** include the following termination language:

**AMENDMENT TO AGREEMENT BETWEEN
[INSERT CONCEPT'S CORPORATE NAME*] AND [NAME OF SUPPLIER]**

Notwithstanding any other term or provision of this Agreement, this Agreement may be terminated by [insert concept's corporate name*] at any time by giving notice to [insert name of supplier].  The notice of termination shall be written, shall be personally delivered or sent via facsimile, email or first class mail and shall be effective thirty (30) days after the date of notice.  Notwithstanding any other term or provision of this Agreement, upon termination of this Agreement by [insert concept's corporate name*] each party shall have no further obligation or liability to the other party whatsoever, except for payment and warranties for goods or services delivered and accepted prior to the date of termination.  This paragraph supersedes and takes precedence over all other provisions of this Agreement, including, but not limited to, any provision providing for payments, penalties or liquidated damages upon termination or default. This paragraph may not be deleted, modified or amended except with the written agreement of an officer of [insert concept's corporate name*]. Proprietors, Joint Venture Partners and Managing Partners of restaurants are not officers of [insert concept's corporate name*] and do not have authority to delete, modify or amend this paragraph.

Signatures:

[insert concept's corporate name]          [Name of Supplier]

By:                                        By:

| *Concept | Insert the applicable Corporate Name: |
|---|---|
| Outback | Outback Steakhouse of Florida, LLC |
| Carrabba's | Carrabba's Italian Grill, LLC |
| Fleming's | OS Prime, LLC |
| Bonefish Grill | Bonefish Grill, LLC |



**BLOOMIN' BRANDS
CONTRACT POLICY**

| *Concept | Insert the applicable Corporate Name: |
|---|---|
| International | Insert the applicable entity name (e.g., Outback Steakhouse Korea, Ltd.) |

### 3.8  Quarterly Certification Process

As part of the review and approval requirements for Contracts described herein, the BBI Executive Update Committee must be made aware of any new Contracts, amended Contracts or cancelled/terminated Contracts as well as any acceleration costs or penalties that could or did result in expense or payment due to a supplier above and beyond the normal course of business. Each Company department head, Concept President, Company controlled entity officer, and other identified personnel will be required to sign a certification at a minimum on a quarterly basis stating that he/she has disclosed such Contracts and events to a member of the BBI Executive Update Committee (as defined on the most current disclosure form).

### 3.9  Foreign Currency Translation Requirement

For purposes of applying this Policy, Contracts reflecting currencies other than United States Dollars (USD) must be translated based on the exchange rates established monthly by Company's Treasury Department.  These exchange rates will be made available upon request made to Company's Treasury or Accounting Departments.

### 3.10  Policy Interpretations

Employees are responsible for understanding or seeking clarification of any term or condition of this Policy.  Interpretations of this Policy must be in writing and must be approved by the Company Chief Legal Officer.

### 3.11  Conflicts of Interest

If a Company employee has a real or apparent material conflict of interest with respect to the subject matter of or parties to a Contract, under no circumstance may such employee be a reviewer or approver of such Contract.  (See **Code of Business Conduct & Ethics Policy** *(Policy #LG01)*(available on the Company intranet), for clarification of when a conflict of interest exists.)



**BLOOMIN' BRANDS**
**CONTRACT POLICY**

## 4.0    ASSOCIATED POLICIES AND REFERENCES

U.S. Contract Summary Form (*Policy #LG02a*)
International (non-Brazil) Contract Summary Form (*Policy #LG02b*)
International (Brazil) Contract Summary Form (*Policy #LG02c*)
Delegation of Authority/Authority and Approval Policy (*Policy #AC01*)
Code of Business Conduct & Ethics Policy (*Policy #LG01*)
Global Supply Chain Policy (*Policy #SC01*)
Data Security Classification Policy ( Policy #IT04)