# Exhibit C
# to Complaint

Re: FW: SaveAround - Message (HTML) (Read-Only)

FILE MESSAGE

Thu 6/15/2017 4:17 PM

Luke Stanton <luke@savearound.com>

Re: FW: SaveAround

To Jacilyn Jolly

Cc Mark Heilig

[External Email]

Hi Jaci,

again, per the merchant agreement in place we are allowed to use the mark. I apologize on responding by email first, but I don't want there to be any confusion.
May I ask why in this 3rd year you are so adamant about participating. We are driving traffic and trying to work with you on offers.

If I don't hear from you, I'll assume you handed it over to legal. If this is the route you prefer to go, to get ahead of the legal discussions, could you ask your counsel to contact me directly asap.

Thanks

Luke Stanton

On Thu, Jun 15, 2017 at 3:57 PM, Jacilyn Jolly <jacilynjolly@bloominbrands.com> wrote:

> Luke,
>
> I left a message for you earlier today.
>
> In case we do not connect, I again advise that SaveAround may not include Carrabba's or any Bloomin' Brands, Inc. company in its coupon booklet. Any use of Carrabba's or Bloomin' Brands' name(s), logo(s), etc. will be considered unauthorized use and a trademark violation.
>
> Federal trademark law provides numerous remedies for trademark infringement and dilution. Those remedies include, but are not limited to, preliminary and permanent injunctive relief, money damages, the right to a defendant's profits, provisions for the destruction or confiscation of infringing products and promotional materials, and, where intentional infringement is shown, attorneys' fees and treble money damages.
>
> Thanks –
>
> Jaci

