# Exhibit D
# to Complaint



March 20, 2018

*Via FedEx Overnight Mail*
Daniel R. Norton, Esquire
Hinman, Howard & Kattell, LLP
80 Exchange Street, PO Box 5250
Binghamton, New York 13901-5250

*Via FedEx Overnight Mail*
Mr. Luke Stanton
President
Enjoy The City North, Inc. d/b/a SaveAround
49 Court Street
Binghamton, NY 13901

*Via FedEx Overnight Mail*
Ms. Robin Wilkins
Production/Merchant Relations Manager
Enjoy The City North, Inc. d/b/a SaveAround
49 Court Street
Binghamton, NY 13901

    **RE:    Inclusion in Coupon Book**

Ms. Wilkins and Messrs Norton and Stanton:

    Please be advised neither Enjoy The City North, Inc., SaveAround, nor any of their affiliates, partners, parents, predecessors or the like are authorized to include Carrabba's Italian Grill, Outback Steakhouse, or any other Bloomin' Brands, Inc. company (the "Company") in any coupon booklet. Use of any Company name(s), logo(s), etc. will be considered unauthorized use and a trademark violation.

    Federal trademark law provides numerous remedies for trademark infringement and dilution. Those remedies include, but are not limited to, preliminary and permanent injunctive relief, money damages, the right to a defendant's profits, provisions for the destruction or confiscation of infringing products and promotional materials, and, where intentional infringement is shown, attorneys' fees and treble money damages.

    Further, only Bloomin' Brands' Chief Legal Officer, Joseph Kadow, is authorized to bind the Company and enter into a contract with Enjoy The City North, Inc., SaveAround, or any of their affiliates, partners, parents, predecessors or the like. After February 15, 2018, any contract executed by any other employee of the Company will be considered invalid and null and void.

    

Daniel R. Norton, Esquire
Mr. Luke Stanton
Ms. Robin Wilkins
March 20, 2018
Page 2

   Finally, this correspondence serves as official, written notice to Enjoy The City North, Inc. and SaveAround that the Company is not renewing any current contract. Please do not include the Company in any future coupon books, promotions, etc.

               Best regards,

               Marquis W. Heilig

MWH/jaj



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

ORIGIN ID:KYOA (813) 282-1225
JACILYN JOLLY
BLOOMIN BRANDS
2202 N. WESTSHORE BLVD.
5TH FLOOR
TAMPA, FL 33607
UNITED STATES US

SHIP DATE: 20MAR18
ACTWGT: 0.50 LB
CAD: 19401071/INET3980

BILL SENDER

TO LUKE STANTON, PRESIDENT
ENJOY THE CITY NORTH, INC. D/B/A SA
49 COURT STREET

BINGHAMTON NY 13901
(607) 768-1230 REF: 9790
INV:
PO: DEPT:

552J1/07F5/DCA5

FedEx Express

E

J181118012601uv

WED - 21 MAR 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7717 9052 3118

XH BGMA

13901
NY-US SYR

---

**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case 3:18-cv-01142-MAD-DEP Document 1-4 Filed 09/22/18 Page 6 of 6

